THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALVIN E. LAIN, Appellant.

Submitted October 3, 1955; decided October 5, 1955.

Motion for enlargement of time granted and case set down for argument during the October, 1955, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LOIS BROWN, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ANNE SORISE, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* DOLORES BENDER, True Name, DOLORES BROWN, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HELEN LE GRANDE, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* SARAH MALONEY, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* VASTINER KING, Respondent.

Submitted October 3, 1955; decided October 5, 1955.

Motion for enlargement of time granted and case set down for argument on October 19, 1955.